BLUE SPIKE, LLC, Plaintiff-Appellee

v.

ADOBE SYSTEMS, INC.,
Defendant-Appellant

SoundHound, Inc., Defendant

2016-1075

United States Court of Appeals,
Federal Circuit.

February 7, 2018

RANDALL T. GARTEISER, Garteiser Honea, PLLC, Tyler, TX, argued for plaintiff-appellee. Also represented by KIRK ANDERSON, CHRISTOPHER A. HONEA.

EUGENE Y. MAR, Farella Braun & Martel LLP, San Francisco, CA, argued for defendant-appellant. Also represented by JEFFREY M. FISHER, DANIEL C. CALLAWAY.

Per Curiam

**JUDGMENT**

(Lourie, O'Malley, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**